## United States Bankruptcy Court
## Southern District of Florida

**IN RE:**  Case No. **09-21921-JKO**

**Ruiz, Alvaro & Galvis, Silvia S**  Chapter **13**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 443,000.00 | | |
| B - Personal Property | Yes | 3 | $ 3,440.59 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 688,040.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 40,739.86 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $ 364,557.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 4,163.88 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 3,885.00 |
| TOTAL | | 27 | $ 446,440.59 | $ 1,093,337.73 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Southern District of Florida

**IN RE:**                                              Case No. **09-21921-JKO**

Ruiz, Alvaro & Galvis, Silvia S                          Chapter **13**
_____
                     Debtor(s)

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 40,739.86 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **40,739.86** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 4,163.88 |
| Average Expenses (from Schedule J, Line 18) | $ | 3,885.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 4,208.34 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 244,990.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 40,739.86 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 364,557.87 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 609,547.87 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Ruiz, Alvaro & Galvis, Silvia S**      Case No. **09-21921-JKO**

Debtor(s)            (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Debtors' homestead: 1300 Camellia Cir, Weston, FL 33326**<br><br>**LEGAL DESCRIPTION: SECTOR 6 EAST 155-4 B LOT 40 BLK 6**<br><br>**DEBTORS WILL SURRENDER HOMESTEAD** | | J | **443,000.00** | **687,476.00** |
| | | **TOTAL** | **443,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                                                    Case No. **09-21921-JKO**
                          Debtor(s)                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | In debtors possession | J | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Commerce Bank  checking account | H | 40.00 |
| | | TD Bank Checking Acct#: 9099 | J | 12.00 |
| | | WAMU checking 766-1 | H | 0.00 |
| | | WAMU savings 405-2 | H | 8.59 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | sofa 60, loveseat 100, end table 50, lamp 15, 2 paintings 50, microwave 20, dishwasher 100, plates, dishes, etc 80, refrigerator 80, stove 15, sofa 80, chair 20, 2 plants 10, dining room table 100, 8 chairs 100, 2 chairs 60, 2 plants 10, grill 60, 2 chairs 20, king size bed 100, 27" TV 150, VCR 10, queen size bed 100, night stand 20, queen size bed 100, night stand 20, TV 50, washer 70, dryer 70, refrigerator 100,  vacuum cleaner 20, copier 20, fax machine 50, computer 50, baby stuff 20, tools 20, lawn mower 20, 2 cell phones 40 | J | 2,060.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Debtors clothing | J | 250.00 |
| 7. Furs and jewelry. | | 2 rings, 2 watches,  4 earrings, 2 necklaces | J | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

IN RE Ruiz, Alvaro & Galvis, Silvia S                                    Case No. 09-21921-JKO
_____                                        _____
Debtor(s)                                                                                  (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Susanar, LLC | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | Revocable Trust in Real Properties located in Cape Coral, Florida more specifially described as: 2922 5 Way, Cape Coral, FL 3602 Skyline Blvd., #204, Cape Coral, FL (DEBTORS WILL SURRENDER ALL PROPERTIES AS THEY HAVE NO EQUITY ) (PROPERTIES ARE IN FORECLOSURE) | J | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1084 Cadillac DeVille (180,000 miles) | W | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                    Case No. **09-21921-JKO**
_____                    _____
            Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 3,440.59 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                                      Case No. **09-21921-JKO**
_____                                      _____
   Debtor(s)                                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **In debtors possession** | **FSA § 222.25(4)** | **20.00** | **20.00** |
| **Commerce Bank  checking account** | **FSA § 222.25(4)** | **40.00** | **40.00** |
| **TD Bank Checking Acct#: 9099** | **FSA § 222.25(4)** | **12.00** | **12.00** |
| **WAMU savings 405-2** | **FSA § 222.25(4)** | **8.59** | **8.59** |
| **sofa 60, loveseat 100, end table 50, lamp 15, 2 paintings 50, microwave 20, dishwasher 100, plates, dishes, etc 80, refrigerator 80, stove 15, sofa 80, chair 20, 2 plants 10, dining room table 100, 8 chairs 100, 2 chairs 60, 2 plants 10, grill 60, 2 chairs 20, king size bed 100, 27" TV 150, VCR 10, queen size bed 100, night stand 20, queen size bed 100, night stand 20, TV 50, washer 70, dryer 70, refrigerator 100, vacuum cleaner 20, copier 20, fax machine 50, computer 50, baby stuff 20, tools 20, lawn mower 20, 2 cell phones 40** | **FSA § 222.25(4)** | **2,060.00** | **2,060.00** |
| **Debtors clothing** | **FSA § 222.25(4)** | **250.00** | **250.00** |
| **1084 Cadillac DeVille (180,000 miles)** | **FSA § 222.25(1)** | **1,000.00** | **1,000.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                                    Case No. **09-21921-JKO**
_____
            Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **31173600119013**<br><br>**Beneficial/hfc**<br>**Po Box 1547**<br>**Chesapeake, VA  23327** | | W | **Debtors' homestead: 1300 Camellia Cir, Weston, FL 33326**<br><br>**LEGAL DESCRIPTION: SECTOR 6 EAST 155-4 B LOT 40 BLK 6**<br><br>VALUE $ **443,000.00** | | | | 51,489.00 | 51,489.00 |
| ACCOUNT NO.<br><br>**Beneficial/hfc**<br>**ATTN: BANKRUPTCY**<br>**961 Weigel Dr**<br>**Elmhurst, IL  60126** | | | **Assignee or other notification for: Beneficial/hfc**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **8740086776317**<br><br>**Citi Residental Lending**<br>**Bankruptcy Dept.**<br>**Pob 11000**<br>**Santa Ana, CA  92711** | | W | **Mortgage account opened 9/05**<br>**1300 Camellia Cir, Weston, FL 33326**<br><br>VALUE $ **443,000.00** | | | | 508,000.00 | 65,000.00 |
| ACCOUNT NO. **8740086777075**<br><br>**Citi Residental Lending**<br>**Pob 11000**<br>**Santa Ana, CA  92711** | | W | **Mortgage account opened 9/05**<br>**1300 Camellia Cir, Weston, FL 33326**<br><br>VALUE $ **443,000.00** | | | | 125,879.00 | 125,879.00 |

____**1**____ continuation sheets attached

Subtotal
(Total of this page)                                                                 $ **685,368.00**   $ **242,368.00**

Total
(Use only on last page)                                                           $                           $

(Report also on Summary of Schedules.)       (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                                    Case No. **09-21921-JKO**
_____                            _____
                        Debtor(s)                                                 (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3084642275** <br><br> **Kay Jewelers** <br> **375 Ghent Rd** <br> **Akron, OH  44333** | | H | **Revolving account opened 12/05** <br><br><br> VALUE $ **50.00** | | | | **564.00** | **514.00** |
| ACCOUNT NO. <br><br> **Central Portfolio Control** <br> **6640 Shady Oak Rd., #300** <br> **Eden Praire, MN  55344** | | | **Assignee or other notification for: Kay Jewelers** <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. **08-802-0016** <br><br> **The Islands Of Weston Maintenance Assoc** <br> **1941 NW 150 Ave** <br> **Pembroke Pines, FL  33028** | | J | **HOA for debtors homestead** <br> **1300 Camellia Cir, Weston, FL 33326** <br><br><br> VALUE $ **443,000.00** | | | | **2,108.00** | **2,108.00** |
| ACCOUNT NO. <br><br> **Bakalar & Eichner, P.A.** <br> **150 S. Pine Island Rd, #540** <br> **Plantation, FL  33324** | | | **Assignee or other notification for: The Islands Of Weston Maintenance Assoc** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | $ **2,672.00** | $ **2,622.00** |
|---|---|---|---|
| | Total (Use only on last page) | $ **688,040.00** | $ **244,990.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                                    Case No. **09-21921-JKO**
_____                                    _____
Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                                    Case No. **09-21921-JKO**
_____                            _____
Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**Centralizes Insolvency Operations**<br>**POB 21126**<br>**Philadelphia, PA  19114** | | **J** | **2005 Taxes** | | | | **40,739.86** | **40,739.86** | |
| ACCOUNT NO.<br><br>**IRS**<br>**Attn:Bankruptcy Dept.**<br>**7850 SW 6 Ct**<br>**Plantation, FL  33324** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **40,739.86**   $ **40,739.86**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **40,739.86**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **40,739.86**   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Ruiz, Alvaro & Galvis, Silvia S                     Case No. **09-21921-JKO**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **13711292**<br><br>**Accountd Receivable Management, Inc.**<br>**POB 129**<br>**Thorofare, NJ  08086** | | J | **Collection account for Wachovia Bank**<br>**Acct#: 0615** | | | | **9,734.05** |
| ACCOUNT NO. **8740087081774**<br><br>**Amc Mortgage Services**<br>**505 City Parkway West**<br>**Orange, CA  92868** | | H | **Mortgage account opened 11/06** | | | | **20,000.00** |
| ACCOUNT NO.<br><br>**Amc Mortgage Services**<br>**ATTN: BANKRUPTCY DEPT.**<br>**Po Box 11000**<br>**Santa Ana, CA  92711** | | | **Assignee or other notification for:**<br>**Amc Mortgage Services** | | | | |
| ACCOUNT NO. **8740087082178**<br><br>**Amc Mortgage Services**<br>**505 City Parkway West**<br>**Orange, CA  92868** | | H | **Mortgage account opened 11/06** | | | | **75,780.00** |

      **13** continuation sheets attached

Subtotal
(Total of this page) $ **105,514.05**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ruiz, Alvaro & Galvis, Silvia S                          Case No. **09-21921-JKO**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Amc Mortgage Services** <br> **ATTN: BANKRUPTCY DEPT.** <br> **Po Box 11000** <br> **Santa Ana, CA  92711** | | | Assignee or other notification for: <br> Amc Mortgage Services | | | | |
| ACCOUNT NO. **1001584485** <br> **American Home Mtg Svci** <br> **4600 Regent Blvd Ste 200** <br> **Irving, TX  75063** | | H | Mortgage account opened 2/07 | | | | 0.00 |
| ACCOUNT NO. <br> **American Home Mtg Svci** <br> **ATTN: BANKRUPTCY** <br> **4600 Regent Blvd** <br> **Irving, TX  75063** | | | Assignee or other notification for: <br> American Home Mtg Svci | | | | |
| ACCOUNT NO. **79326965** <br> **American Honda Finance** <br> **Po Box 1027** <br> **Alpharetta, GA  30009** | | W | Installment account opened 5/06 | | | | 0.00 |
| ACCOUNT NO. <br> **American Honda Finance** <br> **Po Box 168088** <br> **Irving, TX  75016** | | | Assignee or other notification for: <br> American Honda Finance | | | | |
| ACCOUNT NO. **423611391** <br> **Americredit** <br> **4001 Embarcadaro** <br> **Arlington, TX  76014** | | W | Installment account opened 5/04 | | | | 0.00 |
| ACCOUNT NO. <br> **Americredit** <br> **Po Box 183853** <br> **Arlington, TX  76096** | | | Assignee or other notification for: <br> Americredit | | | | |

Sheet no. _____**1**_____ of _____**13**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                                   Case No. **09-21921-JKO**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3499914702231083**<br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL  33329** | | W | **Revolving account opened 8/07** | | | | **12,059.00** |
| ACCOUNT NO.<br>**Amex**<br>**C/O BECKET AND LEE**<br>**Po Box 3001**<br>**Malvern, PA  19355** | | | **Assignee or other notification for:**<br>**Amex** | | | | |
| ACCOUNT NO. **462120601104**<br>**Assoc/citi**<br>**Credit Bureau Disp**<br>**Sioux Falls, SD  57117** | | H | **Revolving account opened 5/01** | | | | **3,037.00** |
| ACCOUNT NO.<br>**Assoc/citi**<br>**ATTN: CENTRALIZED BANKRUPTCY**<br>**Po Box 20507**<br>**Kansas City, MO  64195** | | | **Assignee or other notification for:**<br>**Assoc/citi** | | | | |
| ACCOUNT NO. **1719539**<br>**AvanteUSA**<br>**2950 S. Gessner, Ste 265**<br>**Houston, TX  77063** | | J | **Collection account for HSBC Card Services, Inc.**<br>**Acct#: 515598000759717** | | | | **775.96** |
| ACCOUNT NO. **9617**<br>**Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE  19884** | | W | **Revolving account opened 8/07** | | | | **3,321.00** |
| ACCOUNT NO.<br>**Bank Of America**<br>**NC4-105-03-14**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC  27420** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |

Sheet no. _____**2**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,192.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ruiz, Alvaro & Galvis, Silvia S        Case No. **09-21921-JKO**
         Debtor(s)                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE  19884** | | W | **Open account opened 10/08** | | | | 1,433.00 |
| ACCOUNT NO.<br>**Er Solutions**<br>**NC4-105-03-14**<br>**800 Sw 39th St**<br>**Renton, WA  98057** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**Er Solutions**<br>**Po Box 9004**<br>**Renton, WA  98057** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO. **7152**<br>**Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE  19884** | | W | **Revolving account opened 8/07** | | | | 335.00 |
| ACCOUNT NO.<br>**Bank Of America**<br>**NC4-105-03-14**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC  27420** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO. **3327**<br>**Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE  19884** | X | J | **Revolving corporate account opened 8/07** | | | | 5,271.00 |
| ACCOUNT NO.<br>**Bank Of America**<br>**NC4-105-03-14**<br>**4161 Piedmont Pkwy**<br>**Greensboro, NC  27420** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |

Sheet no. **3** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,039.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ruiz, Alvaro & Galvis, Silvia S _____ Case No. **09-21921-JKO**
                      Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6851** **Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410-0000** | | J | **Overdraft Item Fee** | | | | **1,135.06** |
| ACCOUNT NO. **8570** **Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410-0000** | | J | **Overdraft Item fee** | | | | **739.92** |
| ACCOUNT NO. **4117** **Bank Of America Pob 15726 Wilmington, DE 19886** | | W | **2/03 revolving** | | | | **3,200.00** |
| ACCOUNT NO. 31172300627387 **Beneficial/hfc Po Box 1547 Chesapeake, VA 23327** | | H | **Open account opened 9/07** | | | | **7,303.00** |
| ACCOUNT NO. **Beneficial/hfc ATTN: BANKRUPTCY 961 Weigel Dr Elmhurst, IL 60126** | | | **Assignee or other notification for: Beneficial/hfc** | | | | |
| ACCOUNT NO. 31173613116480 **Beneficial/hfc Po Box 1547 Chesapeake, VA 23327** | | W | **Creditline account opened 4/06** | | | | **0.00** |
| ACCOUNT NO. **Beneficial/hfc ATTN: BANKRUPTCY 961 Weigel Dr Elmhurst, IL 60126** | | | **Assignee or other notification for: Beneficial/hfc** | | | | |

Sheet no. **4** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,377.98**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                                      Case No. **09-21921-JKO**
_____                                _____
            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **31173613116829** <br> **Beneficial/hfc** <br> **Po Box 1547** <br> **Chesapeake, VA  23327** | | W | **Creditline account opened 5/06** | | | | **0.00** |
| ACCOUNT NO. <br> **Beneficial/hfc** <br> **ATTN: BANKRUPTCY** <br> **961 Weigel Dr** <br> **Elmhurst, IL  60126** | | | **Assignee or other notification for: Beneficial/hfc** | | | | |
| ACCOUNT NO. **4000736143** <br> **Bmw Financial Services** <br> **5515 Parkcenter Cir** <br> **Dublin, OH  43017** | | W | **Auto loan for voluntary repossesed vehicle.** | | | | **39,885.00** |
| ACCOUNT NO. <br> **Bmw Financial Services** <br> **Po Box 3608** <br> **Dublin, OH  43016** | | | **Assignee or other notification for: Bmw Financial Services** | | | | |
| ACCOUNT NO. **529115227448** <br> **Cap One** <br> **Po Box 85520** <br> **Richmond, VA  23285** | | W | **Revolving account opened 12/02** | | | | **1,954.00** |
| ACCOUNT NO. <br> **Cap One** <br> **ATTN: C/O TSYS DEBT MANAGEMENT** <br> **Po Box 5155** <br> **Norcross, GA  30091** | | | **Assignee or other notification for: Cap One** | | | | |
| ACCOUNT NO. **486236220059** <br> **Cap One** <br> **Po Box 85520** <br> **Richmond, VA  23285** | | W | **Revolving account opened 5/02** | | | | **0.00** |

Sheet no. _____ **5** of _____ **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **41,839.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                    Case No. **09-21921-JKO**
_____                          _____
Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Cap One** <br>**ATTN: C/O TSYS DEBT MANAGEMENT** <br>**Po Box 5155** <br>**Norcross, GA  30091** | | | **Assignee or other notification for:** <br>**Cap One** | | | | |
| ACCOUNT NO. <br><br>**Capital Management Services, LP** <br>**726 Exchange St, Ste 700** <br>**Buffalo, NY  14210** | | J | **Collection account for Chase Bank USA** <br>**Acct#: 0069** | | | | 393.04 |
| ACCOUNT NO. 514923202003 <br><br>**Chase** <br>**800 Brooksedge Blvd** <br>**Westerville, OH  43081** | | J | **Revolving account opened 3/05** | | | | 0.00 |
| ACCOUNT NO. <br><br>**Chase** <br>**ATTN: BANKRUPTCY DEPT** <br>**Po Box 100018** <br>**Kennesaw, GA  30156** | | | **Assignee or other notification for:** <br>**Chase** | | | | |
| ACCOUNT NO. 588896414747 <br><br>**Chase-pier1** <br>**800 Brooksedge Blvd** <br>**Westerville, OH  43081** | | W | **Revolving account opened 4/06** | | | | 393.00 |
| ACCOUNT NO. <br><br>**Chase-pier1** <br>**ATTN: RECOVERY** <br>**Po Box 100018** <br>**Kennesaw, GA  30144** | | | **Assignee or other notification for:** <br>**Chase-pier1** | | | | |
| ACCOUNT NO. 4336919801 <br><br>**Citi Auto** <br>**2208 Hwy 121 Ste 100** <br>**Bedford, TX  76021** | | W | **Installment account opened 1/08** <br>**2006 Honda (repossessed)** | | | | 40,428.00 |

Sheet no. ____**6**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **41,214.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                                          Case No. **09-21921-JKO**
_____                              _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7630** <br> **Citicorp Credit Serv.** <br> **Pob 140516** <br> **Toledo, OH  43614** | | H | 2/04 revolving | | | | 2,666.00 |
| ACCOUNT NO. <br> **United Collection Bureau** <br> **5620 Southwyck Bvd., #206** <br> **Toledo, OH  43614** | | | Assignee or other notification for: <br> Citicorp Credit Serv. | | | | |
| ACCOUNT NO. **6072090837120765** <br> **Citifinancial** <br> **Po Box 499** <br> **Hanover, MD  21076** | | W | Installment account opened 8/07 | | | | 10,371.00 |
| ACCOUNT NO. <br> **Citifinancial** <br> **ATTENTION:  BANKRUPTCY DEPARTMENT** <br> **Po Box 79022  Ms 322** <br> **St. Louis, MO  63179** | | | Assignee or other notification for: <br> Citifinancial | | | | |
| ACCOUNT NO. **29794** <br> **City Of Cape Coral Financial Srv.** <br> **Pob 150027** <br> **Cape Coral, FL  33915** | | H | utulities 1826 SW 39 Ter., Cape Coral | | | | 100.00 |
| ACCOUNT NO. <br> **City Of Cape Coral Financial Srv.** <br> **Pob 150027** <br> **Cape Coral, FL  33915** | | H | 1237 SE 6 ter., Cape Coral, FL | | | | 100.00 |
| ACCOUNT NO. **73584835** <br> **Countrywide Home Loans** <br> **450 American St** <br> **Simi Valley, CA  93065** | | H | Mortgage account opened 11/06 | | | | 0.00 |

Sheet no. ___**7**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,237.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ruiz, Alvaro & Galvis, Silvia S                                    Case No. **09-21921-JKO**
_____
Debtor(s)                                                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Countrywide Home Loans <br>ATTENTION: BANKRUPTCY  SV-314B <br>Po Box 5170 <br>Simi Valley, CA  93062 | | | Assignee or other notification for: <br>Countrywide Home Loans | | | | |
| ACCOUNT NO. 73584843 <br><br>Countrywide Home Loans <br>450 American St <br>Simi Valley, CA  93065 | | H | Mortgage account opened 11/06 | | | | 0.00 |
| ACCOUNT NO. <br><br>Countrywide Home Loans <br>ATTENTION: BANKRUPTCY  SV-314B <br>Po Box 5170 <br>Simi Valley, CA  93062 | | | Assignee or other notification for: <br>Countrywide Home Loans | | | | |
| ACCOUNT NO. 4791972562820 <br><br>Dsnb Macys <br>9111 Duke Blvd <br>Mason, OH  45040 | | W | Revolving account opened 5/05 | | | | 379.00 |
| ACCOUNT NO. 5890022463426 <br><br>Emc Mortgage <br>Po Box 141358 <br>Irving, TX  75014 | | H | Mortgage account opened 2/07 <br>3300 NE 191 St, #1414 <br>Aventura, FL 33180 | | | | 10,000.00 |
| ACCOUNT NO. <br><br>Emc Mortgage <br>ATTENTION:  BANKRUPTCY CLERK <br>Po Box 293150 <br>Lewisville, TX  75029 | | | Assignee or other notification for: <br>Emc Mortgage | | | | |
| ACCOUNT NO. 9617 <br><br>FIA Card Serv. <br>C/O Creditors Interchange <br>80 Holtz Dr. <br>Buffalo, NY  14225 | | W | 2/02 revolving | | | | 3,321.00 |

Sheet no. **8** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,700.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ruiz, Alvaro & Galvis, Silvia S                                    Case No. **09-21921-JKO**
_____                                    _____
        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1424**<br>**Ge Capital Sam S Club**<br>**Pob 103104**<br>**Roswell, GA  30076** | | W | **Open account opened 10/08** | | | | **439.00** |
| ACCOUNT NO.<br>**Lvnv Funding Llc**<br>**ATTENTION: BANKRUPTCY CLERK**<br>**Po Box 740281**<br>**Houston, TX  77274** | | | **Assignee or other notification for:**<br>**Ge Capital Sam S Club** | | | | |
| ACCOUNT NO. **771410021119**<br>**Gemb/sams Club**<br>**Po Box 981400**<br>**El Paso, TX  79998** | | W | **Revolving account opened 11/02** | | | | **0.00** |
| ACCOUNT NO.<br>**Gemb/sams Club**<br>**ATTENTION: BANKRUPTCY DEPARTMENT**<br>**Po Box 103104**<br>**Roswell, GA  30076** | | | **Assignee or other notification for:**<br>**Gemb/sams Club** | | | | |
| ACCOUNT NO. **50006100045449**<br>**Hsbc / Aib**<br>**6602 Convoy Court**<br>**San Diego, CA  92111** | | W | **Installment account opened 9/07** | | | | **0.00** |
| ACCOUNT NO. **515598000075**<br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL  60197** | | W | **Revolving account opened 12/07** | | | | **776.00** |
| ACCOUNT NO. **80404390**<br>**Inphynet South Broward, Inc.**<br>**POB 189016**<br>**Plantation, FL  33318** | | J | **Medical bill** | | | | **603.00** |

Sheet no. ___**9**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,818.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ruiz, Alvaro & Galvis, Silvia S _____ Case No. **09-21921-JKO**
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **LDG Financial Services, LLC.** <br> POB 864 <br> Fort Mill, SC  29716 | | J | **Collection account for Wachovia Bank** <br> Acct#: 6413 | | | | 895.05 |
| ACCOUNT NO. <br> **Lee County Tax Collector** <br> Pob 1609 <br> Ft. Myers, FL  33902 | | H | **property taxes on properties located at** <br> 2922 5 Way, Cape Coral, FL <br> 3602 Skyline Blvd., #204, Cape Coral, FL | | | | 0.00 |
| ACCOUNT NO. **5628** <br> **Macys** <br> 13141 34 St. North <br> Clearwater, FL  34622 | | W | **revolving** | | | | 378.00 |
| ACCOUNT NO. **2511510090110** <br> **Memorial Healthcare System** <br> POB 863436 <br> Orlando, FL  32886 | | J | **Medical bill** | | | | 711.00 |
| ACCOUNT NO. **0110** <br> **Memorial Hospital West** <br> POB 2858 <br> Raleigh, NC  27602 | | J | **Medical Bill** | | | | 711.00 |
| ACCOUNT NO. **1002651137** <br> **NCB Management Services, Inc.** <br> POB 1099 <br> Langhorne, PA  19047 | | J | **Collection account for HFC** <br> Acct#: 31172300627387 | | | | 7,303.48 |
| ACCOUNT NO. **0067p** <br> **Park Central Aventura S.** <br> C/O The Continental Group <br> 2950 N. 28 Ter. <br> Hollywood, FL  33020 | | J | **HOA 3300 N 191 st, #1414, Aventura, FL 33180** | | | | 985.00 |

Sheet no. ___**10**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,983.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ruiz, Alvaro & Galvis, Silvia S _____ Case No. **09-21921-JKO**
      Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0069** **Pier 1 Imports** **C/O Cardmember Serv.** **Pob 94012** **Palatine, IL  60094** | | W | revolving | | | | 281.00 |
| ACCOUNT NO. **9100** **Plantattion Billing Ctr.** **Pob 189016** **Plantation, FL  33318** | | W | medical | | | | 603.00 |
| ACCOUNT NO. **3981** **Radiology Associates Of Hollywood, PA** **9050 Pines Blvd., #200** **Pembroke Pines, FL  33024** | | | medical | | | | 33.00 |
| ACCOUNT NO. **435237171320** **Target N.b.** **Po Box 673** **Minneapolis, MN  55440** | | H | Revolving account opened 1/02 | | | | 6,461.00 |
| ACCOUNT NO. **Target N.b.** **Po Box 9475** **Minneapolis, MN  55440** | | | Assignee or other notification for: Target N.b. | | | | |
| ACCOUNT NO. **435237672924** **Target N.b.** **Po Box 673** **Minneapolis, MN  55440** | | W | Revolving account opened 3/03 | | | | 2,373.00 |
| ACCOUNT NO. **Target N.b.** **Po Box 9475** **Minneapolis, MN  55440** | | | Assignee or other notification for: Target N.b. | | | | |

Sheet no. **11** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **9,751.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                                    Case No. **09-21921-JKO**
_____                                    _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6035320236033211** <br><br> **Thd/cbsd** <br> **Po Box 6497** <br> **Sioux Falls, SD  57117** | | H | **Revolving account opened 11/05** | | | | 1,596.00 |
| ACCOUNT NO. <br><br> **Thd/cbsd** <br> **ATTN.: CENTRALIZED  BANKRUPTCY** <br> **Po Box 20507** <br> **Kansas City, MO  64195** | | | **Assignee or other notification for:** <br> **Thd/cbsd** | | | | |
| ACCOUNT NO. **4312431859760615** <br><br> **Wach/rec** <br> **P O Box 3117** <br> **Winston Salem, NC  27102** | | H | **Revolving account opened 8/07** | | | | 9,277.00 |
| ACCOUNT NO. **6413** <br><br> **Wachovia** <br> **11 Weston Rd** <br> **Weston, FL  33326** | | J | **Overdraft Item Fee** | | | | 429.16 |
| ACCOUNT NO. **7661** <br><br> **Washington Mutual Bank** <br> **7757 Bayberry Rd** <br> **Jacksonville, FL  32256-0000** | | J | **Overdraft Item Fee** | | | | 99.46 |
| ACCOUNT NO. **2055** <br><br> **Washington Mutual Bank** <br> **7757 Bayberry Rd** <br> **Jacksonville, FL  32256-0000** | X | J | **Overdraft item fee** | | | | 1,078.69 |
| ACCOUNT NO. **1560755960457** <br><br> **Washington Mutual Fa** <br> **9451 Corbin Avenue** <br> **Northridge, CA  91328** | | H | **Mortgage account opened 11/06** <br> **3300 NE 191 St, Unit# 1414, Aventura, FL 33180** <br> **Debtor surrendering property** | | | | 75,411.00 |

Sheet no. ___**12**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **87,891.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ruiz, Alvaro & Galvis, Silvia S _____ Case No. **09-21921-JKO**
                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Washington Mutual Fa<br>ATTENTION:  BANKRUPTCY DEPT. JAXA 2035<br>7255 Bay Meadows Way<br>Jacksonville, FL  32256 | | | Assignee or other notification for:<br>Washington Mutual Fa | | | | |
| ACCOUNT NO. **1560755960432**<br><br>**Washington Mutual Fa**<br>**9451 Corbin Avenue**<br>**Northridge, CA  91328** | | H | **Mortgage account opened 11/06**<br>**3300 NE 191 St, Unit# 1414, Aventura, FL 33180**<br>**Debtor surrendering property** | | | | **0.00** |
| ACCOUNT NO.<br><br>Washington Mutual Fa<br>ATTENTION:  BANKRUPTCY DEPT. JAXA 2035<br>7255 Bay Meadows Way<br>Jacksonville, FL  32256 | | | Assignee or other notification for:<br>Washington Mutual Fa | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __13__ of __13__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **364,557.87**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                      Case No. **09-21921-JKO**
_____                         _____
                  Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

**IN RE** Ruiz, Alvaro & Galvis, Silvia S                                    Case No. **09-21921-JKO**
_____                                    _____
                    Debtor(s)                                                          (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Susanar LLC**<br>**1300 Camellia Cir**<br>**Weston, FL  33326** | **Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE  19884**<br><br>**Washington Mutual Bank**<br>**7757 Bayberry Rd**<br>**Jacksonville, FL  32256-0000** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Ruiz, Alvaro & Galvis, Silvia S</u>        Case No. <u>09-21921-JKO</u>
Debtor(s)                   (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
| --- | --- | --- | --- |
| **Married** | RELATIONSHIP(S):<br>**Daughter** | | AGE(S):<br>**14** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
| --- | --- | --- |
| Occupation<br>Name of Employer<br>How long employed<br>Address of Employer | **Entertainment Partners**<br><br>**2000 Universal Plaza, Ste 620**<br>**Orlando, FL  32819** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
| --- | --- | --- |
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 3,800.29 | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 3,800.29 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and Social Security | $ 536.41 | $ |
|    b. Insurance | $ | $ |
|    c. Union dues | $ | $ |
|    d. Other (specify) _____ | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 536.41 | $ 0.00 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 3,263.88 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ 650.00 |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance<br>   (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income<br>   (Specify) **Freelance Acting** | $ 250.00 | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ 250.00 | $ 650.00 |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 3,513.88 | $ 650.00 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)

| | |
| --- | --- |
| | $ 4,163.88 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Ruiz, Alvaro & Galvis, Silvia S**                              Case No. **09-21921-JKO**
Debtor(s)                                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,500.00 |
|    a. Are real estate taxes included?     Yes ____  No ✓ | |
|    b. Is property insurance included?  Yes ____  No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 260.00 |
|    b. Water and sewer | $ 140.00 |
|    c. Telephone | $ 135.00 |
|    d. Other  **CABLE** | $ 65.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 60.00 |
| 4. Food | $ 650.00 |
| 5. Clothing | $ 160.00 |
| 6. Laundry and dry cleaning | $ 60.00 |
| 7. Medical and dental expenses | $ 140.00 |
| 8. Transportation (not including car payments) | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 65.00 |
| 10. Charitable contributions | $ 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ 170.00 |
|    e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **Lunches** | $ 30.00 |
|    **Personal Care & Misc.** | $ 175.00 |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.       $ **3,885.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 4,163.88 |
|    b. Average monthly expenses from Line 18 above | $ 3,885.00 |
|    c. Monthly net income (a. minus b.) | $ 278.88 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 – Declaration) (12/07)

IN RE <u>Ruiz, Alvaro & Galvis, Silvia S</u>                                    Case No. <u>09-21921-JKO</u>
                                Debtor(s)                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **29** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 31, 2009** _____      Signature: **/s/ Alvaro Ruiz** _____
                                         **Alvaro Ruiz**                                               Debtor

Date: **July 31, 2009** _____      Signature: **/s/ Silvia S Galvis** _____
                                         **Silvia S Galvis**                                     (Joint Debtor, if any)
                                         [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

                                     _____
                                      (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### Southern District of Florida

IN RE:                                                                 Case No. **09-21921-JKO**

**Ruiz, Alvaro & Galvis, Silvia S**                                    Chapter **13**
_____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 54,746.00 | 2007 Employment Income |
| 65,843.00 | 2006 Employment Income |
| 0.00 | Employment Income (2008) |

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 5,350.00 | YTD Husband's Income |

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ **b. Debtor whose debts are not primarily consumer debts:** List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ **c. All debtors:** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **EMC Mortgage Corporation vs. Alvaro Ruiz, et al.** **Case No: 2007-41399-CA-24** | **Foreclosure** | **Dade County, Florida** | **Pending** |
| **Cape Coral Title Insurance Agency, Inc. vs. Alvaro Ruiz, et al.** **Case No: 08-SC-000397** | **Claims** | **Lee County, FL** | **Pending** |
| **Lasalle Bank National Association vs. Alvaro Ruiz, et al.** **Case No: 36-2008-CA-022530** | **Foreclosure** | **Lee County, Florida** | **Pending** |
| **Deutche Bank vs. Silvia Galvis, et al.** **Case No: 06-2008-CA-018409-25** | **Foreclosure** | **Broward County, Florida** | **Pending** |
| **Washington Mutual Bank V. Ruiz 07-CA-017723** | **foreclosure** | **Lee County, FL** | **judgment** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bmw Financial Services POB 3608 Dublin, OH  43016** | **1/23/09** | **2006 BMW 525i Sedan Payoff: $39885.22** |
| **Washington Mutual Bank 7757 Bayberry Rd Jacksonville, FL  32256-0000** | **7/23/08** | **duplex 1237-1239 SE 6 Ter., Cape Coral, FL 33990** |
| **Citi Auto 2208 Hwy. 121, #100 Bedford, TX  76021** | **5/09** | **2006 Honda Van** |
| **EMC Mortgage Co. Pob 293150 Lewiville, TX  75029** | **8/08** | **3300 NE 191 St., #1414 Avventura, FL 33180 $500,000** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Efrain Cortes, LLC.**<br>**POB 590173**<br>**Fort Lauderdale, FL  33359** | **3/2009** | **1,000.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wachovia**<br>**11 Weston Rd**<br>**FL  33326** | **Checking**<br>**Acct#: 6413** | **Closed: 10/2008**<br>**Bal: $-429.16** |
| **Washington Mutual Bank**<br>**7757 Bayberry Rd**<br>**Jacksonville, FL  32256-0000** | **Checking**<br>**Acct#: 7661** | **Closed 5/2008**<br>**Bal: $-108.05** |
| **Washington Mutual Bank**<br>**7757 Bayberry Rd**<br>**Jacksonville, FL  32256-0000** | **Savings Acct**<br>**Acct#: 4052** | **Closed: 5/2008**<br>**$0.00** |
| **Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-77** | **Checking Acct**<br>**Acct#: 6851** | **closed: 7/2008**<br>**$-1135.06** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Po Box 26012
Greensboro, NC  27410-0000

| | | |
|---|---|---|
| **Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-77**<br>Po Box 26012<br>Greensboro, NC  27410-0000 | **Savings Acct**<br>**Acct#: 4277** | **Closed: 7/2008**<br>**$0.00** |
| **Washington Mutual Bank**<br>7757 Bayberry Rd<br>Jacksonville, FL  32256-0000 | **Business Checking**<br>**Acct#: 2055** | **Closed: 8/2008**<br>**$-1078.69** |
| **Bank Of America**<br>**Attn: Bankruptcy NC4-105-02-77**<br>Po Box 26012<br>Greensboro, NC  27410-0000 | **Business Checking**<br>**Acct# 8570** | **Closed: 8/2008**<br>**$-739.92** |

---

**12. Safe deposit boxes**

☑ None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

☑ None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

☐ None   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Marco Casas**<br>**103 Riviera Cir.**<br>**Weston, FL  33326** | **single family home $0.00 value. property in floreclosure** | **1826 SW 39 Ter., Cape Coral, FL 33914** |
| **Maria E. Gonzalez**<br>**1300 Camelia Cir.**<br>**Weston, FL  33326** | **single family home $0.00 value, no equity** | **308 NW 18 Ave., Cape Coral, FL 33993** |
| **Aixa Espinel**<br>**1300 Camelia Cir**<br>**Weston, FL  33326** | **single family home $0.00 value, no equity** | **2922 5 Way, cape Coral, FL** |
| **Paula Espinel**<br>**927 River Rd., #D**<br>**New Milford, NJ  07646** | **condominium $0.00 value** | **3602 Skyline Blvd., #204, Cape Coral, FL 33914** |

---

**15. Prior address of debtor**

☑ None   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

☑ None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Susanar LLC** | **204570133** | **1300 Camellia Cir Weston, FL  33326** | **Financial Advisor** | **10/21/05-current** |

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☑    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **July 31, 2009** _____     Signature   ***/s/ Alvaro Ruiz*** _____

     of Debtor                                                                          **Alvaro Ruiz**


Date: **July 31, 2009** _____     Signature   ***/s/ Silvia S Galvis*** _____

     of Joint Debtor                                                                  **Silvia S Galvis**
     (if any)

_____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only